# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANEESHA CROOKS, Individually and on Behalf of All Others Similarly Situated, | ) Case No.: 3:18-cv-00219-DMS-JLB ) ) |
| Plaintiff, | ) **ORDER GRANTING JOINT** ) **MOTION FOR DISMISSAL WITH** ) **PREJUDICE** |
| v. | ) ) |
| WELLS FARGO, N.A. f/k/a WACHOVIA BANK, N.A., | ) ) ) |
| Defendant. | ) |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. The parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  October 3, 2018

Hon. Dana M. Sabraw
United States District Judge